IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID HILLARY,

    Petitioner,        No. CIV S-08-2503 WBS GGH P

  vs.

D.K. SISTO,

    Respondents.      <u>ORDER</u>

_____/

    In reviewing this case, the undersigned notes that petitioner was due for another parole eligibility hearing in mid-to late 2010. Prior to issuing a decision in this case, the court would like to know the outcome of this second eligibility hearing, assuming it was held. Petitioner shall file a pleading as soon as possible, but in no event later than fourteen days, describing the outcome of that hearing.

DATED: 01/04/2011        /s/ Gregory G. Hollows
                                  UNITED STATES MAGISTRATE JUDGE

hill2503.brf